AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

Universal City Studios Productions LLLP, Screen Gems, Inc.,
Warner Bros Entertainment, Inc.,
Twentieth Century Fox Film Corporation

**DEFAULT JUDGMENT**

vs.

Case Number: 7:07-2681-HFF

Brenda Coats

**[X]  Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that,

Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).  Defendant shall pay Plaintiffs' attorney's fees and costs of suit herein in the amount of Six Thousand, Three Hundred Thirty-Seven Dollars and Fifty-Seven Cents ($6,337.57).  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted motion pictures:

☐ *King Kong*;

☐ *The Exorcism of Emily Rose*;

☐ *The Dukes of Hazzard*;

☐ *Walk the Line*; and

any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) (Plaintiffs' Motion Pictures), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**IT IS SO ORDERED**.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
Deputy Clerk

July 23, 2008